UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**ALVIN JOHN LANGSFORD, III**     **CIVIL ACTION NO. 25-1105**

**SECTION P**

**VS.**

**JUDGE JERRY EDWARDS, JR.**

**MOREHOUSE PARISH JAIL, ET AL.**     **MAG. JUDGE KAYLA D. MCCLUSKY**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that—excepting Plaintiff Alvin John Langsford, III's claims of excessive force against Lieutenant Taylor, the claim that Warden Wilhite failed to protect him from Taylor shooting him with a mace rifle, claims that Taylor and Wilhite failed to provide decontamination measures and wound care after Taylor shot Plaintiff with mace, and the claim that Taylor failed to provide wound care after Plaintiff returned from the hospital— Plaintiff's claims, as well as his requests to fire, demote, and criminally charge Defendants, are **DISMISSED WITH PREJUDICE** as legally frivolous and for failing to state claims on which relief may be granted.

ALEXANDRIA, LOUISIANA, this 19th day of December, 2025.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**